```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

| | |
|---|---|
| ANTHONY WRIGHT, BOP ID 65563-019, | |
| Petitioner, | CIVIL ACTION |
| v. | NO. 1:16-CV-1274-CAP |
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| | NO. 1:14-CR-280-CAP |
| Respondent. | |

O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 22nd day of July, 2016.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge